```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:19-00277

**KEITH SAUNDERS**

<u>MEMORANDUM OPINION AND JUDGMENT ORDER</u>

Pending before the court is defendant Keith M. Saunders' <u>pro se</u> Motion for Sentence Reduction Based on Changes in Sentencing Guidelines Regarding Criminal History Enhancement and Request to Have Counsel Appointed (ECF No. 47), filed on November 16, 2023, wherein defendant requests appointment of counsel to determine if he is eligible for a sentence reduction "in light of the recent changes in sentencing guidelines regarding, so called, 'Status Points.'" <u>Id.</u>

Inasmuch as the defendant, when sentenced herein on July 2, 2020, was not assessed any status points (rather, his Criminal History Category of V is based on eleven criminal history points, none of which are status points) his motion for sentence reduction relief and his motion for appointment of counsel are both hereby ORDERED denied.

The Clerk is **DIRECTED** to send a copy of this Order to the Defendant, the United States Attorney, the United States Probation Office, and the United States Marshal.

    ENTER: April 4, 2024

    John T. Copenhaver, Jr.
    Senior United States District Judge